■ THE PEOPLE OF THE STATE OF NEW YORK v. MAITLAND DILLARD.— Motion for leave to appeal as a poor person denied as academic in view of the disposition of the motion decided simultaneously herewith. Motion to dismiss appeal granted. Concur—Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ GIZELLA POLLACK v. OLIVETTI CORPORATION OF AMERICA, INC.—Motion to dismiss appeal granted, with $10 costs. Concur—Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ ZOE C. WAGNER v. HEINZ WAGNER.—Motion for resettlement denied. Concur—Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES ROSENTHAL. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH GALLO.— [In each action] Enlargement of time granted. Concur—Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ 2–4 AMSTERDAM AVENUE CORP. v. MURRAY FABRICANT.—Motion for reargument and for a stay denied, with $10 costs. Concur—Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ HARRY WEINBERG v. LOUIS GREISS.— Motion for an order transferring appeal to Enumerated Calendar of this court granted and both appeals are to be heard on the May 17, 1962 Enumerated Calendar of this court. Respondent's points on the Non-Enumerated appeal are to be served and filed on or before May 4, 1962. Concur—Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ MARIO R. CACCHIONE v. WESTCHESTER COUNTRY CLUB et al.—Motion for an enlargement of time granted only insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. The order of this court entered on February 27, 1962 is modified accordingly. Concur—Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.